May it please the court. My name is Paul Turk. I represent the appellants recreational groups in this matter It's my hope to reserve three minutes for rebuttal this case involves a shift of context a little bit from Immigration asylum and civil rights to our national forest system and it involves this circuits unique restrictions on intervention That are applied against any non-federal parties in suits involving federal land and we're not going to you don't waste your time on that Are you we're bound by our case law, so? we're not going to try to overrule and I understand I'm I'm not asking you necessarily to overrule this circuits What what I'll refer to as the federal defendant rule, right? We we know what it is We're bound by it I think I've With due respect. I'm not sure that we know what it is at least those of us that represent clients in this area are unsure what it is because this circuits cases are conflicting and Internally inconsistent and they're applied inconsistently throughout the different districts in this circuit I also think there is a far narrower grounds for this appeal which is to Reverse and remand with instructions to the district court based on its application of the rule in this particular case specifically the district court here Didn't even consider whether a limited intervention was proper. Well, you didn't ask for it In fact you specifically as I read your briefing you made a strategic decision not to Asked the court for that even on your motion to rehearing. Where did you ever ask the court to grant limited? remedial Specifically cited Forest Conservation Council Where's your aside from the citation? What can you cite? I'd look for it and it didn't I didn't see that That's what you were seeking It's it's cited in the brief I'm not sure I have Well, you cited the case but you then said something to the effect of that we there shouldn't be limits you know, it's Intervention Should should not be denied or a limited. So in other words, you didn't want limited intervention well, I first of all The Request for limited intervention is subsumed within the request for full intervention and I don't want it Well, I guess I would submit that this is not analogous to like objecting to a jury instruction or or a highly technical Wasn't there a strategic reason behind it which was essentially you couldn't have appealed that denial that if you had gotten them an intervention You couldn't have did not appeal That's that's not the reason we well, is that true that you couldn't have appealed If we had been granted limited intervention, I agree with that. All right, so so it since that's true How could we now grant you a limited intervention? I mean essentially isn't the real posture of this that it's because it was denied that you got an appeal We decide whether it should have been denied if we decide that it should have been denied You presumably could still go back and ask for the limited intervention because that really has never been adjudicated That's certainly not my intention But I don't know if it's helpful to the court, but in numerous other cases some of which we've cited in our briefs Virtually identical pleadings to those submitted in this case have resulted in the grant of women It's a say that this should not be denied or limited Pleadings that say that that the intervention should not be denied or limited Correct, and that was what in cases that you're talking about. That's the way the pleadings were written. Yes The I mean, I don't know how to be more candid about this in my experience practicing law When one requests when one submits alternative arguments Then the least forceful of the alternatives submitted are what the court will grant All right. So let's assume that it's a case of issues before us. Why are you entitled to a limited intervention? Because under Forest Conservation Council Which is still good law The applicants here have Interests that are protectable under some law which relate to the subject matter of the action which will be impaired by a judgment and in this case I think presents fairly tangible and uncomplicated facts You have the Forest Service who is in the process of designating? Trail system and you have parties who are virtually certain to be dissatisfied with whatever the Forest Service's ultimate decision is and so The plaintiffs in the case are going to complain about the miles that were designated and my clients are Frustrated by the miles that they wrote on yesterday figuratively speaking that they can't write on now or tomorrow Mr. Here's the problem I have with the argument you're making now about well On the ads of right part of the case, you know that the district court should have at least considered limited intervention But as Judge Fisher says, I don't really see that you argued it to the district court And my problem is although you cite, you know numerous other district courts that apparently which Say, you know considered part of the overall remedy, but the problem as you see it for me, it's very difficult to reverse a district court For failing to make a ruling on the question that was not really called to his attention I mean no one said well, your honor if you deny You know intervention as a right overall we requested you at least give us, you know intervention at the remedy state some some I mean something to tell the district court That you want something so the district court make a specific ruling on that issue and then so You know, there's something concrete to overall, you know, I mean to me it's unfair to the district judge. I Understand the concern I I mean in the future, I suppose I could craft the pleadings differently, but then I'll be subject to the other side of That analysis which is that we'll never get anything more than limited intervention. That's why you were afraid to mention it Correct, because you are because the problem here Let me let me try to put it in practical terms for instance in the District of Montana I'm involved in numerous cases We request upfront intervention permissively under rule 24 B because in the District of Montana it has without exception been granted So we have a sense of the lay of the land in the District of Idaho right now We're not getting even permissive intervention under 24 B in this case It was denied you haven't argued yet about that. But let's go back to limited intervention for a minute All of the cases in which limited intervention was granted as far as I can tell Were cases in which and I guess this goes to the question of whether you would have Intervention of right anyway, given your position in this case Because I understand that you have a sufficient interest in it and it's funny law you have a sufficient interest to file a lawsuit Presumably on your own behalf if you had it properly exhausted your administrative remedies, which you probably haven't So because otherwise I assume you just found out your own lawsuit and they'd be consolidated and that would be the end of it well, that may be the next step in the Chess game if that's what we want, but you have a problem there. Don't you which is you haven't mr Exhausted So so so even though you seem to have a sufficient standing given the standing rules for NEPA cases, I assume you could make adequate allegations. You could bring any because that's an assumption, but let's assume it Still you it seems dubious to me that you have a protected legal interest of the kind that triggers Intervention of right. I don't think they're the same I don't know why they're not the same, but they don't seem to be the same. In other words. Are you alluding to I think? respondents make this point in their brief about Under NEPA the interest is in correct process and no I'm not saying that I'm saying that as far as I could tell in Every instance in which this limited intervention for purpose of the injunction was granted the Entity had some what was a permittee or a potential developer or somebody? with a much more traditional legal interest in what the resulting action was going to be and and I understand there's sort of an anomaly between The fact that you have sufficient standing to bring the lawsuit, but problem, but quite possibly I think not a sufficient interest to support intervention of right in either instance. I think There's two things I want to say to that and I will I think what I understand You'd be saying is that our interests here are admittedly more amorphous I'd characterize them as recreational and aesthetic interests, which are what the plaintiffs have exactly and certainly within therefore in the abstract they could submit they could support standing for a lawsuit, but notwithstanding the less tangible nature of the interests The role that we can have in the remedy phase is Significant and concrete my clients know where these trails are the the plaintiffs in their complaints are asking the court But is there any I'm asking is this is there any case in which the party? Permitted to intervene as of right in a NEPA case was situated to the case as you are even in the limit in the limited intervention circumstance Yeah, are you saying under rule 24 a as of right because you're asking as of right even in a limited sense I Can't identify the case right now I've done More than 20 and fewer than 50 of these cases probably and we've gotten limited intervention in everyone except this one And I can't right now say I'm talking about court of appeals cases. I couldn't find one Typically the issue isn't appeal I mean, that's the and I guess your argument is that your recreational interest is good enough for standing It's good enough for limited intervention And yes, and again and hopefully we've identified what I would call the gaps to use what the language judge Gould used in in Perhaps the value of on bonk review in the Belgard case we cited is that there there are gaps in the federal defendant case law and I don't want to forget to mention it today But it's not case law that precludes my clients and only my clients It's case law that would presumably preclude plaintiffs for intervening in the case that we would bring its case law that precludes states local counties You know Any anybody who's a non-federal party from intervening and what's inherently a Solomonic, you know Splitting of the baby that nobody's happy with finally. What what about the permissive intervention issue? I mean, you don't I guess you're not Spending much time in that because it's it's an abuse of discretion standard But I gather you do have an argument about why there was an abuse of discretion. You're correct. Your honor it is an abuse of discretion standard and Hey, you know typically We outlined the interest for the court we outlined the rule We somehow convinced the court that we're pretty good guys And we're not going to rock the procedural boat and we get in for whatever reason we didn't get in here This is an appropriate point to raise a point I think that relates to the question judge Tashima asked a minute ago, which is in the Kootenai tribe case Which incidentally came from the same district judge? In a role reversal situation where some of the same preservation interests were the interveners they got in under rule 24 be permissively which formed the the procedural foundation from which the only appeal move forward the district courts ruling was overruled and You know, we got new case law and intervention in the process so you know, I Think that our interests are sufficient So what's the abuse of discretion here the abuse of discretion as we read it? Is that the district court essentially concluded that we had bypassed the administrative process and that we had nothing to offer to the proceedings? And I'm not going to regurgitate the sites there. This was a truncated process That's the gravamen of plaintiffs complaint is that count one of their complaint is that they bypassed proper public participation So there wasn't much process to participate in. Well, is there some kind of case law that Supports the district court in the sense that it says well, you know participation in the administrative Process is not a prerequisite but an important factor in permissive intervention. I I think there is yes I view the case law as evolving to give the district court more discretion in that regard. But again The record is there. I don't know how we could have participated more the appeals were all consolidated. Well, it did Did the district court say? None of your clients. I mean they did not participate or not participate enough or what? I Read that I read the district court is saying that which I think is simply erroneous. I also think that um, the Berg case Holds that the circuit court must take as true the non-conclusory allegations of the intervention paper District court opinion states that we haven't seen the record, but they only refer to the fact they made comments Well number one that reference would be sufficient and number two, the administrative record has been submitted and shows extensive comments Submitted by the organization's by mr. Quality who's a member of at least two of the organization's I realize the abuse of discretion is a steep slope for me to climb but The district judge simply didn't hit the right Phrases in asserting it here. I will uh, I Will excuse myself since my time has run out and if if you see fit to allow me rebuttal I will be gracious I'll try and be gracious, too Good morning, your honors I'm Megan Anderson, and I'm representing a police prairie falcon Audubon and the Wilderness Society and giving your questions To opposing counsel, I'm going to jump right into some of the things that you you brought up and see if I can't respond to those first the Opposing counsel that they had requested In other cases that the briefing in this case was similar to other cases where they have requested Limited intervention and in fact, that's not true from my review of those cases The cases that were cited were in the reply brief were California versus United States Department of Agriculture And in that case blue ribbon coalition actually specifically asked it asked the court And I quote assuming these decisions govern this motion and that limited intervention is the most available to any private party under Rule 24a The recreational group should be granted intervention and false party status in any remedial phase in this case So in that briefing, they actually did address the issue and specifically seek it in contrast as you noted to this case where? They actually specifically stated the opposite that the court should not Allow limited intervention in this case and should grant them again and I quote full rights as a party Another case cited in the reply brief River Hawks I unfortunately couldn't find the briefing for that online But the court did note there that there was a significantly protectable interest and this is something else that the court touched on in their questions to opposing counsel And that is what you're referring to that's required in this case it's more than just an interest That the case law requires. It's a significantly protectable interest And the courts have found that the interest both has to be one protected under some law So it's not just an interest but one that's protected under some law Isn't it good enough? So it's protected under the APA because it's good enough to support a Lawsuit under the APA. I don't understand that. It seems very weird that you could bring the lawsuit, but that you don't have a good enough interest to intervene That may be a good question to consider but I think given the case law in this circuit The test is that it needs to be a interest protected under some law My hope my posit is that it is protected under some law the Administrative Procedure Act. Well in this case, it actually isn't protected given your premise in this case it's not protected under the APA because and this is gets into again a district courts decision that was discussed that the Appellants didn't present their right to Understand that and that may be the answer in this case But more but but if that's the answer in this case, it means the whole none, but the federal defendant Rule is irrelevant. These people wouldn't be entitled to Intervention of right no matter what And my clients don't take any position on the number federal defendant rule in this case but I think that is a tension between the cases that allow intervention as a right in a limited capacity versus Just not allowing it at all, which is perhaps What I'm trying to get at is the federal defendant rule by its very term says that there's no interest in that the Applicant interveners cannot show a significantly protectable interest in the proceedings No, I just I think maybe it's what judge Berzon says, but I just fail to see why If you have a protectable interest Well, he doesn't have one. I just doesn't make any sense to me Why doesn't he have a protectable interest? In this case, I think it's because it's the same as yours before his purpose It's not enough although it's enough for your purpose leaving aside the the exhaustion problem Mm-hmm. I understand there's an exhaustion problem even that aside. Why why not? I Think it's because it's a nun and this is my understanding That's a number federal defendant rule not a nun, but federal not a nun, but plaintiff rule in this case plaintiffs claims were Were Alleging issues with the Forest Service decision and with various problems in the way that that decision was rendered under various environmental laws But if you win, I mean there would be significant, you know remedial issues, right? Yes, and and don't you think then you should have so to speak standing on those? In this case. No, no, does it make your job harder? in the remedy phase at this trial Because they haven't shown that they have an interest in They haven't shown that they have an interest in the remedy out there Which is what I was going to get to earlier that there's in what I'm sorry They haven't shown a significantly protectable interest in the remedy or really an interest in the remedy period that Their interest as I understand it is is the remedy going to be That there is no Travel on these roads In the meanwhile, or is it going to be something else? No, it's good the conjunctive relief that was requested by plaintiffs in this case was that the routes be Scaled back to what they were before the decision notice and and the finding of no Significant impact by the Forest Service to those routes that were designated before this decision So prohibiting cross-country travel, which was an issue that was raised by plaintiffs in there and their concerns with the decision, but basically Putting it back to the routes that have actually gone through a NEPA process and actually been designated And for example, it could be I don't know if it is, but I know it just happens in NEPA cases It could be that that there the conclusion might be that the NEPA statement is inaccurate with regard in some respects and Inadequate in some respects, but not in other respects and they might therefore argue that only some of the roads should be closed Not all of the roads and you may take the position position to the contrary Also, I gather that they're they're arguing well at least that right Yes, but again, this gets back to do they have an interest in in making that determination I mean essentially what plaintiffs are asking But then we come to Justice Schieva's question if you have an interest in not having the roads Why don't they have this good an interest in having the roads? Because I think our interest is in having the Forest Service comply with National Environmental Policy Act the National Forest Service. Well, that isn't your interest because that does not get you into court That isn't I can't show up in court and say that I have to show up in court and say as you know You know I live near there and I go to this forest and I like to see the beautiful birds in the forest and that's the problem Right. And again, I think that's what the that the appellants could have done in this case I mean the claims that they were attempting to assert and again this gets back to the context in which this motion for to interview Was brought they were attempting to bring in cross claims to this case that were asserting some of those things in fact inserting some of the very things that plaintiffs asserted in this case and thus they were acting more as almost as plaintiffs than In secret, but let's assume we're beyond that because of the federal defendant rule. We're all not talking about that We're talking about limited intervention. Mm-hmm, and you're saying they can't do it because they don't have a significant protected interest Yes, and that's what this case this court's case law very clearly holds that there needs to be some interest that's legally protected So what case if it's so clear, what's the case you're most reliant the Sierra Club case? Is that's 995 F second at 1482 is one that it gets into this notion But there's a two-part test to support intervention as a right that the interest is protected under some law and that there's a relationship Between the legally protected interest and the claims at issue I think illustrative in that case is this court discusses the Supreme Court's decision in Donaldson which first discusses this notion of a Legally protectable interest and there they the case the Donaldson case was one where the IRS sought employer circus, right? Excuse me Employers records relating to Donaldson's income taxes he was an employee of a circus and they they sought the income tax records of the employee and Donaldson sought to intervene in that case and the court noted that while he had an interest in the case as here he had an interest in the The outcome of the case because if the Records were turned over and it was disclosed that he owed more taxes than he had paid then certainly he would have an interest But that he had no legal privilege or other right to keep the employer from giving those records to the IRS So while he had an interest it was one that he couldn't protect. He had no proprietary, right? he had no privilege he had no means by which to Restrict the employer from giving those records to the IRS and that's the court held that he didn't have a sufficient claim of Interest to justify intervention. I think it's very similar to the case here where while motorized users certainly have an interest in the outcome Of this litigation. They don't have one. That's a case to not Involve the anomaly that's bothering us here because there's no doubt that he could not have filed that lawsuit or one like Right, but but here we have a situation where he could have filed those lawsuits or one like In fact, you may well go ahead and do it now so that's the part I why there is a preference for Fractionated litigation rather than unified litigation. I don't understand and I think again that's what the district court got to in discussing and getting to the notion of that the Appellants were trying to bring in these cross claims when they actually could not and this gets a you know You mentioned again gets back to the exhaustion point, but they could not have actually brought a but he says mr Quayle could so mr. Quayle goes next week and files the case and and and has the claims in the cross claim And he's he's claiming that the the NEPA statement is is to Should is wrong in the other direction He can do that. And if he can do that, I'm assuming he can do that then Why do we want them two different lawsuits? Again I think it just goes back to the facts of this case. Mr. Quayle isn't a party to this lawsuit I understand but you the way you're arguing it It wouldn't the exhort this is why I told you to put aside the exhaustion problem because the way you're arguing it It wouldn't matter right because he still wouldn't have the significant protected interest that you're insisting upon Even if he exhausted Mr. Quayle, mr. Quayle and then the the card In a putative intervenors suppose they they'd intervene they'd exhausted vigorously you'd still be arguing the same thing wouldn't you I think That that's because again that it's is required that it's a legally protected interest under the case law So I'd be arguing the same thing and I understand that's that's that you're sort of having a problem with that That that notion and I've been just structuring my argument according to the case law of the circuit but It is important to note I think that Plaintiffs claims were with Were brought under these laws that do require procedure And so there's this idea that is there really an interest in not following that procedure and that seems to be what is getting confused here and conflated with this notion of interest is that the motorized users seem to be saying that they have an interest in The Forest Service not complying with the National Environmental Policy Act or these other acts and designating This road at least when they're seeking to intervene If they have an interest in demonstrate that they did comply or that they didn't comply in a different way Which I think is again would it be appropriate if they were bringing that as as a as a claim as a plaintiff But here they're seeking to intervene as a defendant in this lawsuit to theoretically. What about the permissive intervention issue? Permissive intervention, it's sort of unfortunately brings up some of these same issues Because the district court found that basically that they hadn't participated adequately in the district court proceedings to Justify permissive intervention and again, I think here that the real Why isn't putting in four pages of comments in the context of these proceedings sufficient? Largely I think because we need to look at this in the context of what was happening when this motion to intervene was brought and There's very broad discretion given to the district court in deciding on a motion for permissive intervention and in this case is as mentioned it was a case where the Applicant interveners were seeking to intervene as defendant cross claimants and bringing these claims which they otherwise couldn't have brought and I think the district court found that the failure to participate in those administrative proceedings if if he allowed Intervention at this time would discourage others Presumably have limited the permissive intervention to the existing lawsuit and not allowed a cross claim In fact, I don't know if he ever get cross claims as a permissive intervener. I think you get to take the case So I don't think that's the question. I Think and again, I think it just gets back to the district courts discretion. He certainly supported He didn't even talk about the extent of that. He cited one of the Interveners I think are one of the putative groups, but he didn't talk about the one that put in the four pages of comments No, he said that there wasn't sufficient There wasn't sufficient participation by any of as a matter of fact, he didn't have the administrative record He didn't even know what the participation had been No, the administrative record did not yet. How could he possibly say they didn't participate? He didn't have a record He based that on the briefing Essentially he based it on the representations of you and And the putative intervener, right as to what happened below. Yes, and was and I think he treated the quails comments as personal Because maybe argue that but and not behalf of any organization and I don't know what difference that makes it makes a difference in terms of the exhaustion because Comments submitted as an individual pursuant to Forest Service regulations But in terms of the interest for Permissive intervention purposes it clearly you don't have to be a proper plaintiff to have permissive intervention So the right no, but that's not the only basis All right so therefore the question is Were the issues they're raising before the agency or was the agency being sandbagged and exactly who raised them what differences of me? Again this gets back to the Forest Service regulations and exhaustion But I think the the point here is that it wasn't while the district court considered the participation at the administrative stage It wasn't the only thing that he based his ruling on either there were also findings that interveners wouldn't add anything significant to the litigation since it was litigation or Was claims that the federal defendants were obligated to defend that the interveners didn't have again That's a ruling that's a per se ruling that would say you never get intervention on these cases Well, and my time is expired you can answer that question I think that the In this case it is up for that It's again the district court's discretion to decide on permissive intervention and here given the context in which these claims were brought where it seemed that they were trying to get things into court without following the proper administrative procedures that the district court decided that Intervention wasn't appropriate in this case and based that on factors, which this court has held were are valid for Consideration of permissive intervention. Can I ask just an informational question? All right. Yeah, just Richard sir Did the Forest Service? Take a position either way on this motion to intervene. No, they filed a brief Discussing somewhat this issue of exhaustion and that interplay with intervention, but they did not take a position. All right. Thank you You can have a minute As we noted at the beginning of our reply brief the interesting thing about this appeal is that there's no party here defending the federal defendant rule I Understand there's an easy way out of this case. I urge you not to take it here We have demonstrated This contradiction that judge Berzon in particular is noted that we can file our own lawsuit And yet we elected not to do that. We elected to try to intervene in the existing case We acknowledge all the limitations on the function and an intervener can serve and yet We're somehow being punished for doing that and urged to do something different with regard to the question of quote some law This case is not at all like Donaldson as counsel suggests First of all the interests under NEPA address the quote human environment We address the breadth of those issues of that interest at pages 43 to 44 of our opening brief Secondly there is other related law here that protects our interests the travel management rule which we cite at page 7 of our reply brief Which directs the forest to consider effects on quote public safety provision of recreational opportunities Access needs conflicts among uses our clients have interest under the law here Well, the problem is what you don't have ultimately is the right to tell the Forest Service To either open these lands or not open these lands and that isn't even what the lawsuits about right the lawsuit is about a decision-making process We don't have that right. I certainly acknowledge that but neither do the plaintiffs I mean the point is that the agency here should should Be availed the agency and the court should be availed of the benefit of diverse perspectives on At bottom are you asking us as a panel to call for an unbanked vote on the federal defendant rule Is that ultimately why you're asking this one? I'm not I mean this issue is not going to go away. There are other cases that are presenting the issue presumably to different panels The simplest way to resolve this case is to reverse and remand with instructions and a specific Unlimited intervention on limited intervention or permissive or permissive. I Don't take the easy way out. I didn't quite understand what you were well I'm glad you asked that question because that was almost rhetorical because we're running out of time, but it make it short I'll make it very short as I indicated in the briefs and I tried to today There are a lot of unanswered questions and a lot of contradictions within the case law I think it would greatly benefit not only your predecessors but parties in practice to to clarify some of those gaps specifically on things like interest 24 a versus 24 B and Inadequacy of representation because those are the things that are boring parties from rightful participation in these suits Okay, thank you both very interesting argument cases submitted and we'll stand
judges: Tashima, Fisher, Berzon